UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERICK ENRIQUEZ GRANADO, | CASE NO. C26-660-KKE |
| Plaintiff(s), | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| PAMELA BONDI, et al., | |
| Defendant(s). | |

This is a federal habeas action filed under 28 U.S.C. § 2241. Dkt. No. 1-1. Petitioner, proceeding *pro se*, filed a proposed petition for a writ of habeas corpus (Dkt. No. 1-1) and an application to proceed in forma pauperis ("IFP") (Dkt. No. 1). For the reasons below, the Court grants Petitioner's request to proceed IFP.

To proceed IFP, a litigant must file an affidavit which asserts "the person is unable to pay [filing] fees" and state the "affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a). In support of his request to proceed IFP, Petitioner provides a declaration which asserts that, for the past twelve months, he has received $0 in income. Dkt. No. 1. Petitioner generally asserts that he is entitled to relief and that he cannot pay filing costs. *Id*.

Accordingly, Petitioner's application to proceed IFP (Dkt. No. 1) is GRANTED.

Dated this 25th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS - 2